UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN GREENE,

    Plaintiff,                                  CASE NO. 8:11-cv-00695

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ROBIN GREENE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                   RESPECTFULLY SUBMITTED,

                                                 By: /s/ James Pacitti_____
                                                     James Pacitti (FBN: 119768)
                                                     Krohn & Moss, Ltd
                                                     10474 Santa Monica Blvd, Suite 401
                                                     Los Angeles, CA 90025
                                                     Phone: (323) 988-2400 x 230
                                                     Fax: (866) 385-1408
                                                     jpacitti@consumerlawcenter.com
                                                     Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Keith S. McGurgan, Attorney for Defendant, by the Court's CM/ECF system.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff
