**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBIN GREENE,

    Plaintiff,

v.                                                   CASE NO 8:11-cv-00695-EAK-TGW

PORTFOLIO RECOVERY ASSOCIATES,LLC ,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

ROBIN GREENE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES,LLC (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: _/s/ Shireen Hormozdi_____
Shireen Hormozdi, Esq.
FBN: 882461
KROHN & MOSS, LTD.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 230
F: (866) 802-0021
shormozdi@consumerlawcenter.com
*Attorney for Plaintiff*

1

2